**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of North Carolina

Case number (*If known*): _____  Chapter _____ 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Lighthouse Placement Services, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | _____<br>_____<br>_____<br>_____<br>_____ |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 01-0618093 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 55 Ferncroft Rd. | |
| Number        Street | Number        Street |
| Ste 100 | |
| | P.O. Box |
| Danvers         MA      01923-4036 | |
| City                    State      ZIP Code | City                    State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Essex County | |
| County | Number        Street |
| | |
| | City                    State      ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.staffing360solutions.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

Debtor   Lighthouse Placement Services, Inc.                          Case number (if known)_____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

5613

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                      MM / DD / YYYY

         District _____ When _____ Case number _____
                                      MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor   Staffing 360 Solutions, Inc.            Relationship _____

         District   Eastern District of North Carolina   When   05/05/2025
                                                                 MM / DD / YYYY

         Case number, if known _____

Debtor   Lighthouse Placement Services, Inc.
_____
Name

Case number (*if known*)_____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**_____
                          Number          Street

_____

_____
City                                          State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

| Debtor | _____ | Case number (*if known*)_____ |
|---|---|---|
| Name | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING** --   Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/05/2025
MM   / DD / YYYY

✖ /s/ Brendan Flood
Signature of authorized representative of debtor

Brendan Flood
Printed name

Title  CEO

**18. Signature of attorney**

✖ /s/ *Rebecca Redwine Grow*
Signature of attorney for debtor

Date  05/05/2025
MM    / DD  / YYYY

Rebecca Redwine Grow
Printed name

HENDREN, REDWINE & MALONE, PLLC
Firm name

4600 Marriott Drive, Suite 150

Raliegh
City

NC
State

27612
ZIP Code

(919) 420-7867
Contact phone

rredwine@hendrenmalone.com
Email address

37012
Bar number

NC
State

---

**Fill in this information to identify the case:**

Debtor name ___Lighthouse Placement Services, Inc._____

United States Bankruptcy Court for the: ___Eastern District of North Carolina___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Internal Revenue Service Dept. of Treasury, IRS Holtsville, NY, 11742 | | | Disputed Unliquidated Contingent | | | 827,254.23 |
| 2 | Massachusetts Department of Revenue Bankruptcy Unit PO Box 7090 Boston, MA, 02204-7090 | | | Disputed Unliquidated Contingent | | | 261,583.47 |
| 3 | Department of Taxation and Finance W.A. Harriman Campus Building 9, Room 200 Albany, NY, 12227 | | | Disputed Unliquidated Contingent | | | 51,264.26 |
| 4 | 55 FERNCROFT ROAD LLC 55 Ferncroft Road, Ste 200 Danvers, MA, 01923 | Christine Boncore 617-947-5366 cd@us1ventures.com | | Disputed Unliquidated Contingent | | | 41,188.82 |
| 5 | VYZE INC. 24718 Tribe Square #306 Sterling, VA, 20166 | Accounts Receivable 571-498-9424, Ext-126 accounts@vyzeinc.com | | Disputed Unliquidated Contingent | | | 23,184.00 |
| 6 | LinkedIn Corporation 62228 Collections Center Drive Chicago, IL, 60693-0622 | Joy Jumagdao 866 498 7020 Ext. 30075053 receivables-namerica@linkedin.com | | Disputed Unliquidated Contingent | | | 19,620.70 |
| 7 | Department of Revenue Services 450 Columbus Blvd. Suite 1 Hartford, CT, 06103 | | | Disputed Unliquidated Contingent | | | 19,570.29 |
| 8 | Solomontek LLC 311 N Rose Ave Kannapolis, NC, 28083-3538 | Accounts Receivable (336) 501-0470 dreavis@solomontek.com | | Disputed Unliquidated Contingent | | | 13,680.00 |

Debtor  Lighthouse Placement Services, Inc.
_____
Name

Case number (*if known*)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Vermont Department of Taxes PO Box 1881 Montpelier, VT, 05601-1881 | | | Disputed Unliquidated Contingent | | | 10,778.84 |
| 10 | Mersen 374 Merrimac Street Newburyport, MA, 01950 | Accounts Receivable 978-462-6662 | | Disputed Unliquidated Contingent | | | 6,968.00 |
| 11 | NJ Division of Taxation 3 John Fitch Way, 5th Floor PO Box 245 08695-0245 | | | Disputed Unliquidated Contingent | | | 4,502.59 |
| 12 | PA Department of Revenue PO Box 280904 Harrisburg, PA, 17128-0904 | | | Disputed Unliquidated Contingent | | | 3,660.17 |
| 13 | Division of Revenue Wilmington Office 820 N. French Street Wilmington, DE, 19801 | | | Disputed Unliquidated Contingent | | | 3,250.11 |
| 14 | LIGHT EFFICIENT DESIGN 188 S Northwest Highway Cary, IL, 60013 | Accounts Receivable 847.380.3540 ap@led-llc.com | | Disputed Unliquidated Contingent | | | 2,422.80 |
| 15 | Comptroller of Maryland 60 West Street Suite 102 Annapolis, MD, 21401 | | | Disputed Unliquidated Contingent | | | 2,329.39 |
| 16 | Morgan, Brown & Joy LLP 200 State St 11th Fl Boston, MA, 02109 | Accounts Receivable | | Disputed Unliquidated Contingent | | | 1,960.00 |
| 17 | CareCentrix / Sonoran Innovative Services 2306 E Fallen Leaf Ln Phoenix, AZ, 85024 | Michelle M Butler sonoraninnovative@gmail.com | | Disputed Unliquidated Contingent | | | 1,446.36 |
| 18 | Ohio Department of Taxation Attn: Business Tax Division PO Box 2678 Columbus, OH, 43216-2678 | | | Disputed Unliquidated Contingent | | | 1,369.61 |
| 19 | COMCAST BUSINESS PO BOX 70219 Philadelphia, PA, 19176 | online.communications@alerts.comcast.net | | Disputed Unliquidated Contingent | | | 320.75 |
| 20 | Quality Refreshment Services 214 CENTRAL ST Hudson, NH, 03051 | 603-880-6091 Qualityrefreshmentservices@gmail.com | | Disputed Unliquidated Contingent | | | 183.76 |

55 FERNCROFT ROAD LLC
55 Ferncroft Road, Ste 200
Danvers, MA 01923

Accurate Employment Screening
7515 Irvine Center Drive
Irvine, CA 92618

Bankruptcy Administrator
434 Fayetteville Street
Suite 640
Raleigh, NC 27601

CareCentrix / Sonoran Innovative Services
2306 E Fallen Leaf Ln
Phoenix, AZ 85024

COMCAST BUSINESS
PO BOX 70219
Philadelphia, PA 19176

Comptroller of Maryland
60 West Street
Suite 102
Annapolis, MD 21401

Department of Revenue Services
450 Columbus Blvd.
Suite 1
Hartford, CT 06103

Department of Taxation and Finance
W.A. Harriman Campus
Building 9, Room 200
Albany, NY 12227

Division of Revenue
Wilmington Office
820 N. French Street
Wilmington, DE 19801

Internal Revenue Service
Dept. of Treasury, IRS
Holtsville, NY 11742

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

LIGHT EFFICIENT DESIGN
188 S Northwest Highway
Cary, IL 60013

LinkedIn Corporation
62228 Collections Center Drive
Chicago, IL 60693-0622

Massachusetts Department of Revenue
Bankruptcy Unit
PO Box 7090
Boston, MA 02204-7090

Mersen
374 Merrimac Street
Newburyport, MA 01950

Michigan Department of Treasury / Attn Litiga
430 West Allegan Street
2nd Floor, Austin Building
Lansing, MI 48922

Minnesota Revenue
Collection Division
P.O. Box 64564
Saint Paul, MN 55164-0564

Morgan, Brown & Joy LLP
200 State St 11th Fl
Boston, MA 02109

NJ Division of Taxation
3 John Fitch Way, 5th Floor
PO Box 245

North Carolina Department of Commerce
Div. of Employment Security
P.O. Box 26504
Raleigh, NC 27611-6504

North Carolina Department of Revenye
Office Services Division
Bankruptcy Unit, P.O. Box 1168
Raleigh, NC 27602-1168

Ohio Department of Taxation
Attn: Business Tax Division
PO Box 2678
Columbus, OH 43216-2678

PA Department of Revenue
PO Box 280904
Harrisburg, PA 17128-0904


Quality Refreshment Services
214 CENTRAL ST
Hudson, NH 03051


Solomontek LLC
311 N Rose Ave
Kannapolis, NC 28083-3538


Southbury Printing Center
385 Main St S #107
Southbury, CT 06488


Vermont Department of Taxes
PO Box 1881
Montpelier, VT 05601-1881


VYZE INC.
24718 Tribe Square
Sterling, VA 20166

United States Bankruptcy Court
Eastern District of North Carolir

In re:  Lighthouse Placement Services, Inc.

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    05/05/2025

/s/ Brendan Flood
Signature of Individual signing on behalf of debtor

CEO
Position or relationship to debtor

**WRITTEN CONSENT OF THE BOARD OF DIRECTORS**

**CORPORATE RESOLUTION**

**OF**

**LIGHTHOUSE PLACEMENT SERVICES INC.**

BE IT RESOLVED that the Board of Directors of Lighthouse Placement Services Inc. (the "Company") is hereby authorized and empowered for and on behalf of the Company to file a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code, and to undertake all necessary acts consistent with the rights and duties of the Board of Directors under Delaware Corporation Law, and any and all other statutory, regulatory, and common law to effectuate bankruptcy filing.

BE IT FURTHER RESOLVED that the CEO of the Company, Brendan Flood, is hereby authorized to serve as the signatory to sign all documents necessary to the administration of the bankruptcy case on behalf of the Company.

BE IT FURTHER RESOLVED that the Board of Directors hereby authorize the Company to engage the law firm of Bernstein-Burkley, P.C. for all legal services related to the bankruptcy filing and related proceedings.

The undersigned hereby certifies that the above and foregoing is a true and correct copy of a Resolution adopted by the Board of Directors of the above named Company by written consent on this 1st day of May, 2025 in lieu of a meeting.


_____

Brendan Flood, CEO