# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH DIVISION

| | |
|---|---|
| IN RE:<br><br>HEADWAY WORKFORCE SOLUTIONS, INC., *et al.*[1]<br><br>    Debtors. | Bankruptcy No. 25-01682-5-JNC<br><br>Chapter 11 (Jointly Administered) |

## AMENDED NOTICE OF MOTION

    NOTICE IS HEREBY GIVEN of the MOTION FOR ORDER TO AUTHORIZE PAYMENT OF PREPETITION WAGES ("Motion") filed simultaneously herewith in the above captioned case; and,

    FURTHER NOTICE IS HEREBY GIVEN that this Motion may be allowed provided no response and request for a hearing is made by a party in interest in writing to the Clerk of this Court by **5:00 p.m. on May 12, 2025**; and

    FURTHER NOTICE IS HEREBY GIVEN that a hearing will be conducted on the Motion and any response thereto at **11:00a.m. on May 13, 2025** at the United States Bankruptcy Court, located at 150 Reade Circle, Greenville, North Carolina.

    DATED: May 8, 2025

                                                    **HENDREN, REDWINE MALONE, PLLC**
                                                    s/ Rebecca Redwine Grow
                                                    Jason L. Hendren (NC State Bar No. 26869)
                                                    Rebecca Redwine Grow (NC State Bar No. 37012)
                                                    Benjamin E.F.B. Waller (NC State Bar No. 27680)
                                                    Lydia C. Stoney (NC State Bar No. 56697)
                                                    4600 Marriott Drive, Suite 150
                                                    Raleigh, NC 27612
                                                    Telephone: (919) 573-1422
                                                    Facsimile: (919) 420-0475
                                                    Email: jhendren@hendrenmalone.com
                                                                rredwine@hendrenmalone.com
                                                                bwaller@hendrenmalone.com
                                                                lstoney@hendrenmalone.com

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors Federal Employer Identification Number: Staffing 360 Solutions, Inc. (0859); Monroe Staffing Services LLC (1204); Key Resources, Inc. (9495); Lighthouse Placement Services, Inc. (8093).